# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| C.F.B., a minor, by and through her grandmother and next friend, TERRI E. BAKER, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 2:16-cv-02645 |
| SHERIFF CALVIN HAYDEN, *et al.* | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF DEFENDANTS RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS

I, the undersigned, do hereby certify that on the 21st day July, 2017, the original of Defendant Turner's Responses to Plaintiff's First Interrogatories; the original of Defendant Reddin's Responses to Plaintiff's First Interrogatories, Defendants' Responses to Plaintiff's First Request for Production of Documents and a copy of this Certificate of Service was sent by U.S. mail, postage prepaid addressed to the following:

Matthew Geiger
Benjamin Prell
Geiger Prell, LLC
10000 College Boulevard, Suite 100
Overland Park, Kansas 66210
Attorneys for Plaintiff

FERREE, BUNN, RUNDBERG
& RIDGWAY, CHTD.

*s/ Brett T. Runyon*
Kirk T. Ridgway        KS Bar No. 17172
Brett T. Runyon        KS Bar No. 26195
Attorneys for Defendants

9393 W. 110th Street, Suite 200
Overland Park, Kansas 66212
Telephone No. (913) 381-8180
Facsimile No.   (913) 381-8836
kridgway@fbr2law.com
brunyon@fbr2law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2017, I electronically filed the above and foregoing Certificate of Service with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

　　　　　　　　　　　　　　　　　　　　*s/ Brett T. Runyon*
　　　　　　　　　　　　　　　　　　　　Brett T. Runyon

*I:\Shf  Baker - Terri\Discovery\Certificate of Service of Defendants Responses to Plaintiff's Discovery Requests.docx*