# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| C.F.B., a minor, by and through her grandmother and next friend, TERRI E. BAKER, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 2:16-cv-02645 ) |
| SHERIFF CALVIN HAYDEN, *et al.* | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF DEFENDANTS RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS

I, the undersigned, do hereby certify that on the 28th day July, 2017, the original of Defendants Supplemental Documents in Response to Plaintiff's First Request for Production of Documents were hand-delivered to the following:

Benjamin Prell
at 9393 W. 110th Street, Suite 200
Overland Park, Kansas 66210

And that the original of Defendant Mills' Responses to Plaintiff's First Interrogatories; and a copy of this Certificate of Service were sent via electronic mail addressed to Matthew Geiger at mgeiger@geigerprell.com and Benjamin R. Prell at bprell@geigerprell.com, Attorneys for Plaintiff.

FERREE, BUNN, RUNDBERG
& RIDGWAY, CHTD.

*s/ Brett T. Runyon*
Kirk T. Ridgway     KS Bar No. 17172
Brett T. Runyon     KS Bar No. 26195
Attorneys for Defendants
9393 W. 110th Street, Suite 200
Overland Park, Kansas 66212
Telephone No. (913) 381-8180
Facsimile No.   (913) 381-8836
kridgway@fbr2law.com
brunyon@fbr2law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of July, 2017, I electronically filed the above and foregoing Certificate of Service with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

*s/ Brett T. Runyon*
Brett T. Runyon

*I:\Shf  Baker - Terri\Discovery\Certificate of Service of Defendants Responses to Plaintiff's Discovery Requests July 28 2017.docx*

2