IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| C.F.B., a minor, by and through her next friend, TERRI E. BAKER,<br><br>*Plaintiff*,<br><br>v.<br><br>CALVIN HAYDEN, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)   Case No. 16-cv-02645<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE CONFINED WITNESS**

COME NOW Defendants Hayden, Reddin, Mills and Turner, by and through counsel and pursuant to Fed. R. of Civ. Proc. 30(a)(2)(B), move the Court for leave to depose Ms. Maggie McCormick. Ms. McCormick is C.F.B.'s natural mother and a witness in this case. She is currently in the custody of the Sheriff of Johnson County, Kansas as a result of proceedings in *State v. McCormick*, Johnson County, Kansas District Court Case No. 16CR836 and *State v. McCormick*, Johnson County, Kansas District Court Case No. 17DV1976. Ms. McCormick's post imprisonment supervision terms were revoked in 16CR836 on December 27, 2017 and it does not appear she will be released in the near future.

Defendants' counsel has contacted Plaintiff's counsel as well as Ms. McCormick's counsel in the above-referenced cases.

Accordingly, Defendants move the Court for leave to depose Ms. McCormick during her confinement by the Sheriff of Johnson County, Kansas and for such other relief as the Court deems just and equitable.

FERREE, BUNN, RUNDBERG
& RIDGWAY, CHARTERED

*s/ Kirk T. Ridgway*

Kirk T. Ridgway KS Bar No. 17172
Brett T. Runyon KS Bar No. 26195
Attorneys for Defendants
9393 W. 110th Street, Suite 200
Overland Park, Kansas 66212
(p) (913) 381-8180 / (f) (913) 381-8836
kridgway@fbr2law.com
brunyon@fbr2law.com

## **CERTIFICATE OF MAILING**

I hereby certify that on the 9th day of January, 2018, I electronically filed the above and foregoing Motion for Leave to Depose Confined Witness with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Matthew T. Geiger
Benjamin R. Prell
Geiger Prell Business Disputes
10000 College Boulevard, Suite 100
Overland Park, Kansas 66210
913-661-2430 (telephone)
913-362-6729 (facsimile)
mgeiger@geigerprell.com
bprell@geigerprell.com
*Attorneys for Plaintiff*

I further certify that the above and foregoing document was mailed on the 9th day of January, 2018, by first-class mail, postage prepaid, to the following non-CM/ECF participants:

None

           *s/ Kirk T. Ridgway*
           Kirk T. Ridgway

*I:\Shf Baker - Terri\Pleadings, Motions, Memos etc\Motion for Leave to Depose Confined Witness.docx*